IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA BROWN**                                                           **PLAINTIFF**

v.                                        NO. 4:18-CV-319-PSH

**ROBINSON NURSING AND**                             **DEFENDANT**
**REHABILITATION CENTER LLC**

## JUDGMENT

This action came on for trial March 6, 2023, before the Court and a jury, the Honorable Patricia S. Harris, United States Magistrate Judge, presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 7, 2023, in favor of the Defendant. Plaintiff's Complaint against the Defendant is therefore dismissed.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendant. The Clerk is directed to close the case.

Dated this 7th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE